(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>9165-7999 Québec Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>Les Productions Sky High Vikings Inc.<br>Sky High Vikings Productions Inc. | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>Registration No. 1161121380 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1134 W. Grande Allée Street, Ste 600<br>Québec, Canada<br>ZIPCODE G1S 1E5 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Québec, Canada | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors)
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity:

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [x] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

(Official Form 1) (10/05)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |

| Exhibit C | Certification Concerning Debt Counseling by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☐ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☒ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): | FORM B1, Page 3 |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney) _____

Date _____

### Signature of Attorney

X _[signed]_
Signature of Attorney for Debtor(s)
_Sara E. Lorber_
Printed Name of Attorney for Debtor(s)
Seyfarth Shaw LLP
Firm Name
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

(312) 346-8000
Telephone Number

June 30, 2006
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date _____

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☑ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _[signed]_
(Signature of Foreign Representative) ANDRÉ CHAMPAGNE
FOR: Raymond Chabot Inc.
(Printed Name of Foreign Representative)

June 29, 2006
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# APPENDIX TO CHAPTER 15 PETITION FOR RECOGNITION
# OF A FOREIGN MAIN PROCEEDING

*Statement of Foreign Representative* ..................................................................................... Tab A

*Certificate of Appointment with Translation* ........................................................................ Tab B

*Minutes of the First Meeting of Creditors with Translation* ................................................. Tab C

*List of Administrator in Foreign Proceedings, Litigation Parties and Entities*
*List of Entities Against Whom Provisional Relief is Sought with Verification* ..................... Tab D

## STATEMENT OF FOREIGN REPRESENTATIVE
## AS REQUIRED BY 11 U.S.C. § 1515(c)

I, André Champagne, CA, CIRP, of Raymond Chabot Inc., hereby declare as follows:

1. I am over the age of 18 and, if called upon, could testify to all matters set forth in this statement based upon my own personal knowledge except for those portions specified as being otherwise.

2. On May 15, 2006, the Official Receiver, acting under authority of the Superintendent of Bankruptcy Canada, appointed my company to act on the Debtor's behalf as trustee in charge solely with respect to the Foreign Proceeding which is the subject of this Chapter 15 Petition (hereafter, the "Foreign Proceeding").

3. The Debtor is a Canadian corporation having done business at 1134 West Grande Allée Street, Suite 600, in the City of Québec, in the province of Québec G1S 1E5 Canada, under the name of Sky High Vikings Production, Inc. The corporation was formed for the production of a large-format film: *Vikings: Journey to New Worlds*.

4. The Foreign Proceeding is a liquidation proceedings pursuant to the Canadian Bankruptcy and Insolvency Act (hereafter, the "Act") commenced by filing an assignment under Section 49 of the Act on May 5, 2006.

5. This is the only Foreign Proceeding (as defined in the United States Bankruptcy Code) with respect to the Debtor or its assets known to me.

6. I believe that the Foreign Proceeding is a "foreign main proceeding" as defined in 11 U.S.C. §§ 101(23) and 1502(4). The registered office, as well as the place of business, of the Debtor are sited in Canada, which is the center of main interests of the company within the meaning ascribed in 11 U.S.C. § 1516(c).

IN WITNESS WHEREOF, I have executed this Statement under penalty of perjury under the laws of the United States of America this __29__ day of __JUNE__, 2006.

_____
André Champagne

Sworn to this __29__ day of __JUNE__, 2006 before the undersigned who is duly authorized to witness and attest to the execution of documents of this nature within Canada.

[Seal: COMMISSAIRE À L'ASSERMENTATION — Marie-Paule Plamondon 149185 PROVINCE DE QUÉBEC]

**Bureau du surintendant des faillites Canada**
Office of the Superintendent of Bankruptcy Canada

Un organisme d'Industrie Canada
An Agency of Industry Canada

District de QUÉBEC
No division: 02 - Québec
No cour: 200-11-014695-061
No dossier: 43-144518

# AMENDÉ

Dans l'affaire de la faillite de:

9165-7999 QUÉBEC INC.
Débiteur

RAYMOND, CHABOT INC.
Syndic

ADMINISTRATION ORDINAIRE

---

Ouverture de la faillite: 5 mai 2006

Date et heure de faillite: 5 mai 2006, 14:55

Date de nomination du syndic: 5 mai 2006

Assemblée des créanciers: 25 mai 2006, 10:00
Bureau des faillites (Salle # 1)
1141, Route de l'Église - 4ième étage
Sainte-Foy, QUÉBEC

Cautionnement: $0

Président: Syndic

---

## CERTIFICAT DE NOMINATION - Article 49; Règle 85

Je soussigné, séquestre officiel pour ce district de faillite, certifie par les présentes que:

- le débiteur susmentionné a déposé une cession en vertu de l'article 49 de la Loi sur la faillite et l'insolvabilité.

- le syndic susmentionné a dûment été nommé syndic de l'actif du débiteur;

Ledit syndic doit:

- déposer entre mes mains, sans délai, un cautionnement pour la somme susmentionnée;

- expédier par la poste à tous les créanciers, dans les cinq jours qui suivent la date de sa nomination, un avis de la faillite; et

- le cas échéant, convoquer de la manière prescrite une première assemblée des créanciers, qui aura lieu à la date et à l'endroit susmentionnés, ou à telle autre date et tel autre endroit, selon ce que pourra demander plus tard le séquestre officiel.

ROLEX HORA
Séquestre officiel

1141, Rte de l'Église, 4e étage, Sainte-Foy, QUÉBEC, G1V 3W5, 418/648-4280

Canada